UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTAYEHU SHEWAMENE TILAHUN,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 25-cv-1802-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE HEARING AND BRIEFING SCHEDULE**<br>**(ECF No. 6)** |

　　　The parties jointly move the Court to vacate the upcoming hearing set for this Friday, July 25, 2025, and the related briefing schedule. (ECF No. 6 ("the Joint Motion").) The parties represent that Petitioner is currently set to have a hearing before an immigration judge and the parties are working together to resolve the habeas petition and complaint; they propose the Court set a deadline for the parties to either jointly move to dismiss the matter or file a joint status report. (*Id.* at 1–2.)

　　　The Joint Motion is **GRANTED**. The hearing set for 11:00 a.m. on Friday, July 25, 2025, in this matter is hereby **VACATED**, as is the Government's deadline to file a

response. The parties are **ORDERED** to either jointly move to dismiss this matter or file a joint status report **no later than July 29, 2025**.

      **IT IS SO ORDERED.**

**DATED: July 22, 2025**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge
United States District Court**