# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTAYEHU SHEWAMENE TILAHUN,<br><br>                             Petitioner,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                             Respondents. | Case No. 25-cv-1802-BAS-DEB<br><br>**ORDER ON JOINT STATUS REPORT (ECF No. 8)** |

Having considered the parties' Joint Status Report (ECF No. 8), and finding good cause therein, the Court **ORDERS** that, if this case has not been dismissed by **no later than <u>August 11, 2025</u>**, the parties shall file a joint status report.

**IT IS SO ORDERED.**

**DATED: July 29, 2025**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**