# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTAYEHU SHEWAMENE TILAHUN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Respondents. | Case No. 25-cv-1802-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 10)** |

Before this Court is the parties' request to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF No. 10.) A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have not stipulated otherwise. (ECF No. 10.)

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (*Id.*) Thus, the Court **DISMISSES WITHOUT PREJUDICE** the instant action. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: August 11, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court